No. 99–1514.  JONES v. WAREMART FOODS, INC.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–1516.  FRY'S FOOD STORES OF ARIZONA, INC. v. SNYDER.  C. A. 9th Cir.  Certiorari denied.

No. 99–1519.  NORFOLK SOUTHERN RAILWAY CO. v. BAILEY ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 99–1521.  ESTATES OF RED WOLF AND BULL TAIL ET AL. v. BURLINGTON NORTHERN RAILROAD CO.  C. A. 9th Cir.  Certiorari denied.

No. 99–1522.  WHITE v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–1523.  UNITED STATES EX REL. A–1 AMBULANCE SERVICE, INC. v. COUNTY OF LOS ANGELES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–1524.  LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT v. LONG, ON BEHALF OF HIS MINOR SON, LONG, ET AL.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 99–1527.  WOODWARD, INDIVIDUALLY AND AS BERNALILLO COUNTY CLERK, ET AL. v. PERRY.  C. A. 10th Cir.  Certiorari denied.

No. 99–1528.  MOORE v. MOLINA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–1536.  D. H. L. ASSOCIATES, INC. v. O'GORMAN ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 99–1539.  MCCLEARY ET AL. v. MIRZA, DISTRICT MINING MANAGER, PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–1542.  LYNAS v. LYNAS.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.